

# Fourth Court of Appeals
## San Antonio, Texas

December 18, 2018

No. 04-18-00707-CR

Burdane Maurice **GRANGER,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B17780
Honorable Rex Emerson, Judge Presiding

## O R D E R

Appellant's motion for an extension of time to file the appellant's brief is granted. We order appellant's brief is due December 27, 2018.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court